NATHAN FRANSEN, SBN 242867
RICHARD MORROW, SBN 170491
FRANSEN AND MOLINARO, LLP
980 Montecito Drive, Suite 206
Corona, CA  92879
Telephone: 951-520-9684
Email: nfransen@fransenandmolinaro.com
Email: rmorrow@fransenandmolinaro.com
Attorneys for Plaintiff Juan Hurtado

JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HURTADO, <br><br> Plaintiff, <br><br> v. <br><br> MORTGAGE LOAN SOLUTIONS, a California Corporation; GERALD WILLIAM GREEN, lll, an individual; COUNTRYWIDE HOME LOANS, INC. dba AMERICA'S WHOLESALE LENDER, a Corporation; YUE MING XIAO, an individual; JING LI, an individual; AND DOES 1 through 10, <br><br> Defendants. | Civil Action No.: CV08-05570-DSF (Ex) <br><br> ORDER DISMISSING WITHOUT PREJUDICE |

Upon Motion of Plaintiff,

IT IS SO ORDERED that this action is dismissed without prejudice.

Dated: 12/4/08      _____
                    JUDGE OF THE U.S. DISTRICT COURT

[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION TO DISMISS
(Hurtado v. MLS, et. al.)
1